1 | **NORMA A. AGUILAR**
California State Bar No. 211088
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Email: Norma_Aguilar@fd.org

5 | Attorneys for Mr. Rincon-Alfaro

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1916 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| COSME DANIEL RINCON-ALFARO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: June 25, 2008    */s/ Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rincon-Alfaro
Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF


Dated: June 25, 2008                              */s/ Norma Aguilar*
                                                  **NORMA AGUILAR**
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA  92101-5030
                                                  (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
                                                  Email: Norma_Aguilar@fd.org