AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| COSME DANIEL RINCON-ALFARO | CASE NUMBER: 08CR 2370-WQH |

    I, <u>COSME DANIEL RINCON-ALFARO</u>, the above named defendant, who is accused of the committing the following offense:

    Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  July 17, 2008  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

*Cosme Rincon Alfaro*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer